# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

URSULA SALAZAR

       Plaintiff,

                                                  No. 2:17-cv-00236-MCA-KRS

v.

AUTOZONE STORES, LLC,

       Defendant.

## ORDER GRANTING IN PART MOTION TO
## COMPEL AND DENYING AS MOOT MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on Defendant's motion to compel discovery responses [Doc. 21] and counsel for Plaintiff's motion to withdraw from representation. [Doc. 23]. The Court held a hearing on the pending motions on August 22, 2017. At the hearing, Plaintiff's counsel explained to the Court that counsel no longer wished to withdraw and would continue to represent Plaintiff. Additionally, the parties informed the Court that they agreed Plaintiff will have until Friday, August 25, 2017 to respond to the written discovery Defendant propounded on April 14, 2017. Defendant indicated it would not seek attorney's fees so long it received Plaintiff's responses by August 25, 2017. The Court has considered the parties' submissions and representations at the hearing and **FINDS** the motion to withdraw is now moot and Defendant's motion to compel well-taken.

**IT IS, THEREFORE, ORDERED** that Defendant's motion to compel is **GRANTED IN PART**. Plaintiff shall provide responses without objection to Defendant's First Set of Interrogatories and Requests for Production on or before **Friday August 25, 2017**, but Defendant shall not seek attorney's fees if responses are timely received.

**IT IS FURTHER ORDERED** that counsel for Plaintiff's motion to withdraw from representation is **DENIED** as moot.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE